ETHEL McSHERRY, as Administratrix of the Estate of THOMAS McSHERRY, Deceased, Respondent, v. ALFRED B. WILSON et al., Individually and as Copartners under the Name of A. WILSON & COMPANY, Appellants.—

No opinion. Present — Close, P. J., Hagarty, Johnston, Adel and Taylor, JJ.